UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** September 17, 2019 | **Time:** 10:04-10:27 am | **Judge:** Edward J. Davila |
| | **Total Time:** 23 Mins. | |
| **Case No.**: 17-cr-00068-EJD-8 | **Case Name:** UNITED STATES v. Gerber Morales(P)(C)(I) | |

**Attorney for Plaintiff:** Stephen Meyer
**Attorney for Defendant:** Carleen Arlidge

| | |
|---|---|
| **Deputy Clerk:** Adriana M. Kratzmann | **Court Reporter:** Irene Rodriguez |
| **Interpreter:** Lupita Arce(Spanish) | **Probation Officer:** Robert Tenney (for Kyle Pollak) |

### PROCEEDINGS - SENTENCING

Defendant is present and in-custody assisted by the Spanish language interpreter. Hearing held.
**Defendant is hereby committed to the custody of the Bureau of Prisons (BOP) to be imprisoned for a term of 72 months. This term consists of 72 months on each of Cts. 1 and 3 of the Second Superseding Indictment (Dkt. 147 filed 8/16/2018) said term to be served concurrent to one another.**
**The Court imposed a 5-year term of supervised release. Said term consists of 5 years on each of Cts. 1 and 2, said term shall run concurrently to one another if the defendant is not deported.** The Court adopts the Probation Officer's recommendations for standard and special conditions (SEE JUDGMENT).
The Court orders defendant's interest forfeited as to the forfeiture items and the Government shall submit an order to the Court.
$200 Special Assessment Fee imposed due immediately; Fine waived;
Defendant is remanded to the custody of the BOP;
The Court makes the following recommendations to the BOP: 1) that the defendant be designated to a facility as close to the Santa Cruz, California where the defendant's family resides. The Court finds that family visitation enhances rehabilitation; and 2) to the extent possible that the defendant receive rehabilitation services to include counseling for PTSD and substance abuse and services to complete GED. The Government orally requests that the Court dismiss the underlying Counts in the previous Indictment. The Court ordered those Indictments dismissed as to this defendant.

*Adriana M. Kratzmann*
**Adriana M. Kratzmann**
Courtroom Deputy
Original: Efiled
CC:

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**